NOVEMBER 4, 1948

*Ohio Department of Liquor Control* v. *United States* (No. 4571).—
Breakage of bottles containing liquors—Allowance—Internal
Revenue Tax.   Appeal from Abstract 51470.

NOVEMBER 12, 1948

*Olavarria & Co., Inc.* v. *United States* (No. 4606).—Artificially flavored
sirup-sugar.   Appeal from C. D. 1110.